JS-6

LAWRENCE I. WASHOR (SBN 75180)
WASHOR & ASSOCIATES
21800 Oxnard Street, Suite 790
Woodland Hills, California 91367
Telephone: (310) 479-2660
Facsimile: (310) 479-1022
lwashor@washor.com

Attorneys for defendant
Automated Systems America, Inc.

FILED
CLERK, U.S. DISTRICT COURT
APR - 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SANDOVAL, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> AUTOMATED SYSTEMS OF AMERICA, INC., and DOES 1-10, inclusive. <br><br> Defendants. | CASE NO. CV11-05665-R (RZx) <br><br> [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |

Based upon this Court's Order to Show Cause Re Dismissal for Lack of Prosecution, oral argument at the hearing on the Order to Show Cause, and the failure of counsel for plaintiff to appear, and good cause appearing therefor, it is hereby ORDERED, ADJUDGED, and DECREED that the above-captioned matter be, and hereby is, dismissed, with prejudice.

DATED: April 2, 2012

THE HONORABLE MANUEL L. REAL
JUDGE, UNITED STATES DISTRICT COURT